UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIOLA THOMPSON

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NUMBER 07-612-SCR

### JUDGMENT

Judgment is hereby rendered in favor of defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff Viola Thompson.  Plaintiff's complaint is dismissed for lack of subject matter jurisdiction under 42 U.S.C. § 405(g).

Baton Rouge, Louisiana, November 18, 2008.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE